STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2000

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00203 DAE |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. § 1029(a)(2)] |
| ) | |
| LANI BRASH, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

From in or around November, 1995 to in or around November, 1996, in the District of Hawaii, the Defendant, LANI BRASH, knowingly and with intent to defraud, used, one or more unauthorized access devices, that is MBNA Mastercard #5329041900046290 in the name John and Gladys Bibb and Providian Visa Card #4428001872100726 in the name Thomas Flores, this use affecting interstate commerce in that the cards were used in

Hawaii and issued by banks outside Hawaii, and by such conduct obtained in excess of $1,000.

In violation of Title 18, United States Code, Section 1029(a)(2).

DATED: _10 May 2000_, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney